HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TROY RUSSI and CHARLOTTE RUSSI, Husband and Wife, and their marital community,<br><br>Plaintiffs,<br><br>v.<br><br>MAERSK, INC., a New York Corporation; MAERSK LINE LTD., a Delaware Corporation; REDERIET A.P. MOLLER d/b/a A.P. MOLLER - MAERSK A/S, a Danish Company; HOYER GLOBAL (USA), INC., a Texas Corporation; HOYER ODFJELL BV, a Dutch Company; ATOFINA CHEMICALS, INC., a Pennsylvania Corporation; and ARKEMA, INC., a Pennsylvania Corporation<br><br>Defendants. | Case No. C 3:06-CV–05416- RBL<br><br>ORDER REQUESTING LIMITED RESPONSE TO DEFENDANTS ATOFINA CHEMICALS, INC.'S AND ARKEMA, INC.'S MOTION FOR RECONSIDERATION |

    THIS MATTER comes before the Court on Defendants Atofina Chemicals, Inc.'s and Arkema, Inc.'s Motion for Reconsideration [Dkt. # 33]. On January 20, 2006, this Court denied the Defendants' Motion to Dismiss Pursuant to FRCP 12(b)(6). Defendants Atofina and Arkema have now filed a Motion for Reconsideration.

////

///

//

/

ORDER
Page - 1

Plaintiffs may file a response to the Motion for Reconsideration by February 9, 2007. In the response, Plaintiffs should address the effect and evidence of Arkema receiving notice of the suit prior to the expiration of the limitations period under Washington law.

DATED this 2nd day of February, 2007.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE