HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TROY RUSSI and CHARLOTTE RUSSI, Husband and Wife, and their marital community,<br><br>Plaintiffs,<br><br>v.<br><br>MAERSK, INC., a New York Corporation; MAERSK LINE LTD., a Delaware Corporation; REDERIET A.P. MOLLER d/b/a A.P. MOLLER - MAERSK A/S, a Danish Company; HOYER GLOBAL (USA), INC., a Texas Corporation; HOYER ODFJELL BV, a Dutch Company; ATOFINA CHEMICALS, INC., a Pennsylvania Corporation; and ARKEMA, INC., a Pennsylvania Corporation,<br><br>Defendants. | Case No. 3:06-CV-05416- RBL<br><br>ORDER ON NOTICE OF INTENT TO DISMISS CASE FOR FAILURE TO RESPOND TO COURT ORDER |

Pending before the Court is Defendants Atofina Chemical Inc.'s and Arkema, Inc.'s (collectively "Arkema") Motion for Reconsideration, Dkt.# 33. On February 16, 2007, the Court entered an Order giving Plaintiffs thirty (30) days to conduct limited discovery and to supplement the record before the Court regarding the issue of Arkema's notice, Dkt. # 39. On March 15, 2007, the Court entered an Order by Stipulation enlarging the time in which Plaintiffs could conduct discovery, Dkt. #40. This Order gave Plaintiffs until April 7, 2007, to respond. Plaintiffs have failed to do so.

ORDER
Page - 1

1  Plaintiffs are therefore directed to **SHOW CAUSE IN WRITING**, if any, as to why this matter should
2  not be dismissed for the reasons outlined in the Court's prior Order, Dkt. # 39.
3  Defendants' Motion for Reconsideration may be Granted without further notice on May 11, 2007,
4  unless the Plaintiffs demonstrate Arkema's notice.
5  DATED this 30th day of April, 2007.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE